UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CORY MIGUES ET AL | CIVIL ACTION NO. 6:23-CV-01661 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| STATE FARM FIRE & CASUALTY CO ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6) filed State Farm Fire and Casualty Company (Rec. Doc. 10) is GRANTED and that all claims by Plaintiffs Cory Migues and Paula Migues against State Farm Fire & Casualty Company are DISMISSED.

Signed at Lafayette, Louisiana, this 7th day of March, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE